Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: Lstone@shookandstone.com

Attorneys for Plaintiff
Giancarlo Salvatorre Rober Catroppa

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Giancarlo C.<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:26-cv-01766-NJK<br><br>STIPULATION FOR DISMISSAL; AND ~~[PROPOSED]~~ ORDER |

TO THE HONORABLE NANCY J. KOPPE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between Giancarlo Salvatorre Rober Catroppa ("Plaintiff") and FRANK BISIGNANO as the Commissioner of Social Security ("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses. The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B).

DATE: September 9, 2026 Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*[1]

BY: __________________________
Marc V. Kalagian
Attorney for plaintiff
Giancarlo Salvatorre Rober Catroppa

DATE: September 9, 2026 SIGAL CHATTAH
First Assistant United States Attorney

/s/ *Christopher Vieira*

______________________________
CHRISTOPHER VIEIRA
Special Assistant United States Attorney
Attorneys for Defendant FRANK BISIGNANO,
Commissioner of Social Security
(Per e-mail authorization)

IT IS SO ORDERED:

The Clerk's Office is **INSTRUCTED** to close this case.

HON. NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: September 14, 2026

[1] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.